118 A.3d 1106

**Luther DRAYTON, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA, CRIMINAL DIVISION, and its President Judge, Respondent.**

**No. 60 EM 2015.**

Supreme Court of Pennsylvania.

July 8, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and Extraordinary Relief is **DENIED.**